**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 00-cr-00348-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  SHAWN P. WILLIAMS,

      Defendant.

_____

**ORDER**
_____

The Government has up to and including October 20, 2009 to respond to Shawn

P. Williams' Motion for Production of Criminal Case Transcripts at Government

Expenses, Document No. 254, filed September 30, 2009.


BY THE COURT:


  s/Lewis T. Babcock  
Lewis T. Babcock, Judge

DATED:  October   5   2009