**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 00-cr-00348-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  SHAWN P. WILLIAMS,

        Defendant.

---

**ORDER**

---

The Government has up to and including October 22, 2009 to reply to Shawn P. Williams' Response to Order to Show Cause, Document No. 255, filed October 2, 2009.

        BY THE COURT:

        s/Lewis T. Babcock
        Lewis T. Babcock, Judge

DATED:  October  5  2009