**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 00-cr-00348-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  SHAWN P. WILLIAMS,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK:

      IT IS HEREBY ORDERED that a Televideo Conference, re: transcripts, is set Tuesday, December 1, 2009 at 9:00 a.m. in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  The Defendant Shawn P. Williams will be allowed to participate by Televideo Conference and all other parties shall appear in person for the conference.

      The video conference room is in the office of supervisory attorney Chris Synsvoll. Case Manager Andy Finlin has advised the Court, and Mr. Synsvoll has confirmed, that the video conference room is available on December 1, 2009 at 9:00 a.m.

      Chris Synsvoll shall ensure the availability of Shawn P. Williams for the Court's Televideo Conference on December 1, 2009.  A representative from the Court will contact either Chris Synsvoll, at 719-784-9464, ext 6116, or Carmen Diehl, at 719-784-5227, on December 1, 2009 at 8:45 a.m. to connect the defendant to the televideo conference call.  If the location of the prisoner changes, please contact the Court by calling (303)844-2527 to inform them of the new location.

Dated:  November 23, 2009

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CERTIFICATE OF MAILING

I, Deborah A. Hansen, Deputy Clerk, hereby certify that copies of the foregoing document were mailed by placing into the United States Mail, proper postage affixed thereto, and addressed to the following on November 23, 2009.

Shawn P. Williams, Inmate
09915-036
U.S. Penitentiary - ADX
P.O. Box 8500
Florence, CO 81226

Case manager for Shawn P. Williams, Inmate 09915-036:
Andy Finlin
U.S. Penitentiary - ADX
P.O. Box 8500
Florence, CO 81226

Chris Synsvoll
Supervisory Attorney
P.O. Box 8500
Florence, CO 81226

Hand-delivered to :
U.S. District Court for the District of Colorado
Automation Unit -Video Conferencing
Mike Meyers
DeEtta Chagnon


s/Deborah Hansen
Deputy Clerk