IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date:  December 1, 2009 |
| Court Reporter:     Gwen Daniel | |

_____

| | |
|---|---|
| Criminal Case No.   00-cr-00348-LTB | Counsel: |
| UNITED STATES OF AMERICA, | David Conner |
| Plaintiff,<br>v. | |
| SHAWN P. WILLIAMS, | Robert Pepin |
| Defendant. | |

_____

### COURTROOM MINUTES
_____

TELEVIDEO CONFERENCE RE: TRANSCRIPTS

09:15 a.m.     Court in Session

The defendant is present by televideo.

Appearances

Colloquy between the Court and defendant

Mr. Pepin's comments

Mr. Conner's comments

**ORDERED:   Defendant's *pro se* Motion/Letter Requesting Transcript Copies (Doc No. 241) is GRANTED IN PART AND DENIED IN PART.**

1

**ORDERED:** **Defendant's *pro se* Motion for Preparation of Case Transcripts at Government Expense (Doc No. 249) is GRANTED IN PART AND DENIED IN PART.**

**ORDERED:** **Defendant's *pro se* Motion for Production of Criminal-Case Transcripts at Government Expense (Doc No. 254) is GRANTED IN PART AND DENIED IN PART.**

Further discussion/argument

With regard to the transcript of the sentencing hearing, Mr. Conner requests the Court redact the names of any victims or any recipients of any of the letters, and replace the names with initials.

Court's further comments

The Court will look at the transcript of the sentencing hearing, and redact if necessary.

**ORDERED:** **The defendant shall be provided with a transcript of his sentencing hearing, held on January 17, 2003, after the Court's review of the transcript.**

**ORDERED:** **Defendant's *pro se* Demand of Default Judgment (Doc No. 266) is DENIED.**

09:45 a.m.   Court in Recess
             Hearing concluded
             Time: /30