IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No.  00-cr-00348-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SHAWN P. WILLIAMS,

        Defendant.
_____

ORDER
_____

As further set forth on the record at the hearing held via televideo conference on December 1, 2009, IT IS HEREBY ORDERED as follows:

1. Defendant, Shawn P. Williams, shall be provided a copy of the transcript from his sentencing hearing before this court dated January 17, 2003, after a review by me for redaction of victim information, if any, contained therein. As a result, I GRANT IN PART and DENY IN PART the following *pro se* motions filed by Defendant:

A.  Motion/Letter Requesting Transcript Copies (**Doc # 241,** filed October 12, 2006);

B.  Motion for Preparation of Case Transcripts at Government Expense (**Doc # 249,** filed August 31, 2009); and

C. Motion for Production of Criminal Case Transcripts at Government Expense (**Doc # 254,** filed September 30, 2009).

Accordingly, the clerk's office is HEREBY ORDERED to deliver to my chambers the Transcript of Sentencing in this matter dated 1/17/03  [Doc #217].

2.  In light of my Minute Order setting this televideo conference for December 1, 2009

(Doc # 269), and well as the successful completion thereof, I DENY AS MOOT Defendant's Demand for Video Conference (**Doc # 264**, filed October 29, 2009).

3. Finally, I DENY Defendant's Demand for Default Judgment (**Doc # 266**, filed November 3, 2009].

Dated: December   1   2009, in Denver, Colorado.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE