**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 00-cr-00348-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  SHAWN P. WILLIAMS,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK:

      Defendant has filed a Motion for Court Order Ordering Attorney to Produce Criminal Case Files (Doc 277 - filed November 18, 2010) and Motion for Modifications of Sentence (Doc 279 - filed November 18, 2010).  Government has **up to and including December 13, 2010** to file a response.

Dated:  November 22, 2010

---