## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Criminal Case No. 00-cr-00348-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SHAWN P. WILLIAMS,

    Defendant.

___

## MINUTE ORDER
___

BY ORDER OF JUDGE LEWIS T. BABCOCK:

    Defendant has filed a Motion for Government to Produce Copy of Exhibits Book (Doc 281 - filed December 1, 2010).  Government has **up to and including December 23, 2010** to file a response.

Dated:  December 2, 2010
___